# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWAWN NOBEL,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | Civil No. 5:18-cv-1529-PLA<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Acting Commissioner of Social Security is reversed and the matter is remanded for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g), consistent with the Remand Order filed concurrently herewith.

November 27, 2018　　By: _____
　　　　　　　　　　　　　　HONORABLE PAUL L. ABRAMS
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Page 1　　　JUDGMENT - [8:18-cv-1107]